# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | |
|---|---|
| Edith Jones  ) | |
|     *Plaintiff*  ) | |
| ) | |
| v.  ) | Case No. 3:15-cv-00379-JHM |
| ) | |
| Cavalry SPV I, LLC  ) | |
|     *Defendant*  ) | |
| ) | |

### PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Edith Jones and Defendant Cavalry SPV I, LLC hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

HAVE SEEN AND APPROVED:

/s/ James R. McKenzie                              /s/ Anna-Katrina S. Christakis (by permission)
**James R. McKenzie**                                    **Anna-Katrina S. Christakis**
*James R. McKenzie Attorney, PLLC*       Matthew O. Stromquist
115 S. Sherrin Avenue, Suite 4             *Pilgrim Christakis LLP*
Louisville, KY 40207                          321 North Clark Street, 26th Floor
Tel:   (502) 371-2179                      Chicago, IL 60654
Fax:  (502) 257-7309                      Tel:   (312) 361-3457
jmckenzie@jmckenzielaw.com          Fax:  (312) 939-0983
*Counsel for Plaintiff*                             kchristakis@pilgrimchristakis.com
*Edith Jones*                                       mstromquist@pilgrimchristakis.com
                                                      *Counsel for Defendant*
James H. Lawson                             *Cavalry SPV I, LLC*
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:  (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Edith Jones*

1