UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | |
|---|---|
| Edith Jones )<br>    *Plaintiff* )<br>    )<br>v. )<br>    )<br>Cavalry SPV I, LLC )<br>    *Defendant* )<br>    ) | Case No. 3:15-cv-00379-JHM |

### ORDER DISMISSING CASE WITH PREJUDICE

The parties having advised the court of settlement of their dispute in this case as evidenced by the signatures of counsel for the Plaintiff, Edith Jones, and Defendant, Cavalry SPV I, LLC, and having jointly stipulated that this case be dismissed with prejudice as to all claims, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Edith Jones's claims against Defendant Cavalry SPV I, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees pursuant to the terms of the settlement agreement.

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

February 16, 2016

APPROVED BY:

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Edith Jones*

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Edith Jones*

/s/ Anna-Katrina S. Christakis (by permission)
**Anna-Katrina S. Christakis**
Matthew O. Stromquist
*Pilgrim Christakis LLP*
321 North Clark Street, 26th Floor
Chicago, IL 60654
Tel:    (312) 361-3457
Fax:    (312) 939-0983
kchristakis@pilgrimchristakis.com
mstromquist@pilgrimchristakis.com
*Counsel for Defendant*
*Cavalry SPV I, LLC*